Misty Perry Isaacson, CA SBN 193204
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile:   (714) 541-6897
Email: misty@ppilawyers.com

General Counsel for Richard A. Marshack,
Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>LAIRD MALCOLM ROBERTSON<br><br>                                         Debtor.<br><br>GAYLORD C. WHIPPLE<br><br>                                         Plaintiff,<br><br>v.<br><br>LAIRD M. ROBERTSON, an individual;<br>Val Muraoka, an individual<br><br>                                         Defendant. | Case No. 8:17-bk-13404-TA<br><br>Adversary No. 8:18-ap-01082-TA<br><br>Chapter 7<br><br>PROOF OF SERVICE RE: NOTICE OF STATUS CONFERENCE AND ORDER TO SHOW CAUSE RE REMAND (REMOVED PROCEEDING)<br><br>Date: June 14, 2018<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>Ronald Reagan Federal Building<br>and United States Courthouse<br>411 W. Fourth St., Courtroom 5B<br>Santa Ana, CA 92701 |

///

///

///

///

Case 8:18-ap-01082-TA    Doc 4    Filed 05/11/18    Entered 05/11/18 14:21:33    Desc
Main Document    Page 2 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF STATUS CONFERENCE AND ORDER TO SHOW CAUSE RE: REMAND (REMOVED PROCEEDING)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/11/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com
- **Jeffrey B Smith**    jsmith@cgsattys.com, vphillips@cgsattys.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **05/11/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| W. Michael Hensley<br>Alvarado Smith<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707 | Gregory J. Ferruzzo<br>Ferruzzo & Ferruzzo LLP<br>3737 Birch Street, Suite 400<br>Newport Beach, CA 92660 | U.S. Bankruptcy Court<br>Santa Ana Division<br>Attn: Chambers of Judge Albert<br>411 W. Fourth St., Suite 5085<br>Santa Ana, CA 92701<br>(Judge's Copy) |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **05/11/2018** | **IMELDA BYNOG** | /s/ *Imelda Bynog* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PPI Law
525 N. Cabrillo Park Drive,
Suite 104
Santa Ana, CA 92701

(714) 541-6072

– 2 –